*In re* COMISIÓN REVISORA DE CURRÍCULO DEL PROGRAMA DE EDUCACIÓN JURÍDICA CONTINUA Y NOMBRAMIENTOS A LA JUNTA DE EDUCACIÓN JURÍDICA CONTINUA.

*Número:* ER-2017-5          *Resuelto:* 2 de junio de 2017

## RESOLUCIÓN

Hoy, al amparo de nuestro poder inherente para reglamentar la profesión legal, adoptamos mediante Resolución un nuevo Reglamento del Programa de Educación Jurídica Continua y derogamos el Reglamento de Educación Jurídica Continua de 1998, así como el Reglamento del Programa de Educación Jurídica Continua de 2005 (Reglamento de 2005). Véase *In re Aprobación Reglamento PEJC*,

198 DPR 254 (2017) (ER-2017-4). En lo pertinente, según las disposiciones recién aprobadas, las funciones de revisión ejercidas por la Comisión Revisora de Currículo (Comisión) al amparo de la Regla 26 del Reglamento de 2005 se sustituyen por un proceso único de revisión ante el Director Ejecutivo o Directora Ejecutiva del Programa de Educación Jurídica Continua y la Junta de Educación Jurídica Continua (Junta).

No obstante, reconocemos la labor excepcional realizada por los y las profesionales del Derecho que formaban parte de la Comisión y estamos convencidos de que pueden continuar aportando activamente al Programa de Educación Jurídica Continua. Por lo tanto, debido a que existen vacantes en la Junta y conforme lo dispuesto en la Regla 6 del nuevo Reglamento, se nombra a la Lcda. Evelyn Benvenutti Toro y al Lcdo. Israel Santiago Lugo como miembros de la Junta. Estos profesionales del Derecho continuarán rindiendo sus servicios *ad honorem* y desempeñarán sus cargos por el restante de los términos por los cuales fueron originalmente nombrados a la Comisión.

*Esta Resolución tendrá vigencia inmediata. Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*